IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20744
Conference Calendar
_____


SAMUEL CITIZEN,

                                    Plaintiff-Appellant,

versus

STATE OF TEXAS; WAYNE SCOTT;
WILLIAM M. HATTEN; JOHN B. HOLMES, JR.,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA H 95-60
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The district court did not abuse its discretion by
dismissing Texas prisoner Samuel Citizen's complaint with
prejudice because his claims have not accrued under Heck v.
Humphrey, 114 S. Ct. 2364 (1994).  However, the judgment is
MODIFIED to reflect that Citizen's claims against Judge William
Hatten and Harris County, Texas, District Attorney John B.
Holmes, Jr., are DISMISSED ON GROUNDS OF ABSOLUTE IMMUNITY.  Boyd
v. Biggers, 31 F.3d 279, 284-85 (5th Cir. 1994).

     AFFIRMED AS MODIFIED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.